UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE, BOWLING GREEN DIVISION

In re: ARTISAN INDUSTRIAL METALS, INC.          § Case No. 13-30320-LAJ
                                                §
                                                §
Debtor(s)                                       §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 29, 2013. The undersigned trustee was appointed on August 19, 2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $       532,209.62

    Funds were disbursed in the following amounts:
    Payments made under an
       interim distribution                                   145,005.59
    Administrative expenses                                   109,761.47
    Bank service fees                                           9,032.88
    Other payments to creditors                                     0.00
    Non-estate funds paid to 3rd Parties                            0.00
    Exemptions paid to the debtor                                   0.00
    Other payments to the debtor                                    0.00

    Leaving a balance on hand of [1]              $       268,409.68

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/14/2013 and the deadline for filing governmental claims was 07/28/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $29,860.48. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $29,860.48, for a total compensation of $29,860.48.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $135.99, for total expenses of $135.99.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/21/2017        By: /s/Michael E. Wheatley
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-30320-LAJ  
**Case Name:** ARTISAN INDUSTRIAL METALS, INC.

**Period Ending:** 03/21/17

**Trustee:** (370430) Michael E. Wheatley  
**Filed (f) or Converted (c):** 01/29/13 (f)  
**§341(a) Meeting Date:** 03/05/13  
**Claims Bar Date:** 06/14/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | PNC Bank Acct # **** 2708 | 0.00 | 0.00 | OA | 0.00 | FA |
| 2 | 5/3 Bank checking #3983 (See Footnote) | 41,666.08 | 0.00 | OA | 108,702.13 | FA |
| 3 | See addendum - Schedule B A/R's and account bala | 661,494.23 | 382,801.98 | | 203,184.64 | FA |
| 4 | All company vehicles - see addendum Inventory an (See Footnote) | 358,494.23 | 0.00 | | 164,050.00 | FA |
| 5 | All office equipment - see addendum Inventory an (See Footnote) | 100,778.04 | 0.00 | OA | 0.00 | FA |
| 6 | All shop equipment - See addendum Inventory with (See Footnote) | 639,880.70 | 361,188.45 | OA | 0.00 | FA |
| 7 | Metal material miscellaneous dimensions/type - 7 (See Footnote) | 20,625.00 | 0.00 | OA | 0.00 | FA |
| 8 | PREFERENTIAL/FRAUDULENT TRANSFER-Frank Elloitt (u) | 0.00 | 5,000.00 | | 20,000.00 | FA |
| 9 | PREFERENTIAL/FRAUDULENT-Thomas Elloitt (u) | 0.00 | 5,000.00 | | 20,000.00 | FA |
| 10 | Overpayment of 2012 state taxes (u) | 0.00 | 982.00 | | 982.00 | FA |
| 11 | LIQUIDATED DEBTS OWING DEBTOR (u)<br>Return of insurance premium from Amerisure Insurance Company Acct#10326435 | 0.00 | 13,301.57 | | 13,301.57 | FA |
| 12 | Preferential Transfer to P. Elliott (u) | 0.00 | 5,000.00 | | 0.00 | FA |
| 13 | Void (u)<br>Duplicate entry of #8 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Void (u)<br>Duplicate entry of #9 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | scrap metal (u)<br>owner of dumpster picked up dumpster and paid for scrap metal that was inside. | 0.00 | 789.28 | | 789.28 | FA |
| 16 | AP against BCD, Inc (u) | 0.00 | Unknown | | 1,200.00 | FA |
| 16 | **Assets Totals** (Excluding unknown values) | **$1,822,938.28** | **$774,063.28** | | **$532,209.62** | **$0.00** |

RE PROP# 2   Per Agreed Order entered 10.02.2013 [dn 83]  
RE PROP# 4   Frank Elliott and Thomas Elliott  
              claims deemed unsecured per order entered 11.12.2013

Printed: 03/21/2017 11:26 AM   V.13.30

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-30320-LAJ  
**Case Name:** ARTISAN INDUSTRIAL METALS, INC.

**Trustee:** (370430) Michael E. Wheatley  
**Filed (f) or Converted (c):** 01/29/13 (f)  
**§341(a) Meeting Date:** 03/05/13  
**Claims Bar Date:** 06/14/13

**Period Ending:** 03/21/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| RE PROP# 5   SCHEDULED / APPRAISED<br>Ordered Abandoned oer order entered 9.13.2013 [dn 69].Frank Elliott and Thomas Elliott<br>claims deemed unsecured per order entered 11.12.2013 | | | | | |
| RE PROP# 6   SCHEDULED / APPRAISED<br>Ordered Abandoned oer order entered 9.13.2013 [dn 69].Frank Elliott and Thomas Elliott<br>claims deemed unsecured per order entered 11.12.2013 | | | | | |
| RE PROP# 7   Ordered Abandoned oer order entered 9.13.2013 [dn 69].Frank Elliott and Thomas Elliott<br>claims deemed unsecured per order entered 11.12.2013 | | | | | |

**Major Activities Affecting Case Closing:**

03.16.2017 loaded & reviewed POC's

03.15.2017 picked up S&C check from tom toma & processed

03.13.2017 email to/from counsel for S&C

02.28.2017 email to counsel for S&C

02.15.2017 email to counsel for S&C

02.05.2017 read response from counsel

02.05.2017 email to counsel for S&C inquiring about check

02.05.2017 upon detailed review of court docket, discover that check on S& C settlement was never received/deposited into estate account

02.02.2017 revd approved IRS quick determination letter

01.24.2017 filed motions for authority to pay taxing authorities and motion to pay CPA (out on notice til 2.14.2017

01.09.2017 mailed form 1120 & QDR

10.14.2016 Gordon Rowe filed final fee application. Out on notice for objections til 11.04.2016. then TFR will be filed.

10.14.216 recvd final fee app from rowe. reviewed it, emailed him telling him to file it at his earliest convenience

10.11.2016 email rowe & asked him to submit his final fee app to me for approval/review

9.24.2016 email rowe & asked him to submit his final fee app to me for approval/review

09.06.2016 email rowe & asked him to submit his final fee app to me for approval/review

8.22.2016 reviewed case

8.19.2016 appointed successor trustee

Printed: 03/21/2017 11:26 AM    V.13.30

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 13-30320-LAJ  
**Case Name:** ARTISAN INDUSTRIAL METALS, INC.

**Trustee:** (370430) Michael E. Wheatley  
**Filed (f) or Converted (c):** 01/29/13 (f)  
**§341(a) Meeting Date:** 03/05/13

**Period Ending:** 03/21/17

**Claims Bar Date:** 06/14/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** October 31, 2013    **Current Projected Date Of Final Report (TFR):** November 30, 2016

Printed: 03/21/2017 11:26 AM    V.13.30

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-30320-LAJ  
**Case Name:** ARTISAN INDUSTRIAL METALS, INC.  
**Taxpayer ID #:** **-***3173  
**Period Ending:** 03/21/17

**Trustee:** Michael E. Wheatley (370430)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4166 - Checking Account  
**Blanket Bond:** $3,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/13/13 | {8} | George Johnson | Turnover after demand by Trustee | 1241-000 | 5,000.00 | | 5,000.00 |
| 04/13/13 | {9} | Michael Burress | Turnover after demand made by Trustee | 1241-000 | 5,000.00 | | 10,000.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,990.00 |
| 05/02/13 | {15} | Freedom Metals, Inc. | Company had a dumpster sitting on property being leased by Debtor. When dumpster was picked up, it had some remnant metal contained therein. | 1229-000 | 789.28 | | 10,779.28 |
| 05/31/13 | {3} | ATLAS METAL PRODUCTS COMPANY, INC. | Acct #3; Payment #1; Accounts Receivable | 1129-000 | 120.00 | | 10,899.28 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.90 | 10,883.38 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.59 | 10,868.79 |
| 07/08/13 | {3} | 3rd Street Development, LLC | Acct #10; Payment #1 A/R | 1129-000 | 40.00 | | 10,908.79 |
| 07/09/13 | {3} | Corbett Construction Co., Inc. | Acct #5; Payment #1; A/R paid in full | 1129-000 | 8,034.90 | | 18,943.69 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.32 | 18,918.37 |
| 08/28/13 | {10} | Commonwealth of Kentucky | Refund from the Commonwealth of KY | 1224-000 | 982.00 | | 19,900.37 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.25 | 19,873.12 |
| 09/30/13 | {2} | Artisan Industrial Metals Inc / Fifth Third Cinci | Proceeds of debtor's bank account | 1129-000 | 108,702.13 | | 128,575.25 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.63 | 128,547.62 |
| 10/02/13 | 101 | PNC Bank, National Association | Proceeds of Fifth Third Bank Account per Court Order 10-1-13 [dn 83] | 4210-000 | | 108,702.13 | 19,845.49 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.51 | 19,761.98 |
| 11/06/13 | 102 | TFS Elliott Rental Co., LLC | Partial Payment for Administrative Rent Voided on 01/14/14 | 2410-000 | | 17,033.00 | 2,728.98 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.52 | 2,702.46 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.22 | 2,671.24 |
| 01/02/14 | {11} | Amerisure Insurance Company | Return of insurance premiums | 1229-000 | 13,301.57 | | 15,972.81 |
| 01/12/14 | | Key Auctioneers | Auction Proceeds | | 149,622.03 | | 165,594.84 |
| | {4} | | Auction Proceeds       164,050.00 | 1129-000 | | | 165,594.84 |
| | | | Bond payment of auctioneer       -1,300.00 | 2300-000 | | | 165,594.84 |
| | | | 4% seller's premium       -4,921.50 | 3610-000 | | | 165,594.84 |
| | | | Repairs to vehicles       -2,490.65 | 2420-000 | | | 165,594.84 |
| | | | Ad valorem taxes reimbursement to purchasers       -1,485.82 | 2820-000 | | | 165,594.84 |
| | | | storage and disposal of records       -3,150.00 | 2410-000 | | | 165,594.84 |

Subtotals :   $291,591.91   $125,997.07

{} Asset reference(s)

Printed: 03/21/2017 11:26 AM   V.13.30

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-30320-LAJ
**Case Name:** ARTISAN INDUSTRIAL METALS, INC.

**Taxpayer ID #:** **-***3173
**Period Ending:** 03/21/17

**Trustee:** Michael E. Wheatley (370430)
**Bank Name:** Rabobank, N.A.
**Account:** ******4166 - Checking Account
**Blanket Bond:** $3,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Appraisal Invoice    -1,080.00 | 3711-000 | | | 165,594.84 |
| 01/14/14 | 102 | TFS Elliott Rental Co., LLC | Partial Payment for Administrative Rent Voided: check issued on 11/06/13 | 2410-000 | | -17,033.00 | 182,627.84 |
| 01/16/14 | 103 | TFS Elliot Rental, Co., LLC | Administrative Rent per Agreed Order entered September 20, 2013 [dn 78] | 2410-000 | | 52,033.00 | 130,594.84 |
| 01/16/14 | 104 | Patrick Elliott | Fees for completion of comprehensive inventory per court order entered 7.08.2014 [dn 119] | 2420-000 | | 1,920.00 | 128,674.84 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 150.89 | 128,523.95 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 172.53 | 128,351.42 |
| 03/17/14 | {3} | ARC Construction Management, LLC | settlement per Order entered 2.19.2014 [dn 108] | 1129-000 | 37,291.50 | | 165,642.92 |
| 03/19/14 | 105 | PNC Bank, NA | Per Agreed Order 1/22/14 [dn 98] Paid in Full Claim Distribution | 4210-000 | | 36,303.46 | 129,339.46 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 191.07 | 129,148.39 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 198.16 | 128,950.23 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 185.47 | 128,764.76 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 179.03 | 128,585.73 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 203.46 | 128,382.27 |
| 08/29/14 | 106 | Gordon A. Rowe, Jr. | Interim Attorney Fee award per order 8-27-14 [dn 129] | 3210-000 | | 8,440.00 | 119,942.27 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 178.50 | 119,763.77 |
| 09/03/14 | {3} | Whittenberg Construction Co | settlement per Order entered 6.13.2014 [dn 115] | 1129-000 | 30,123.51 | | 149,887.28 |
| 09/09/14 | 107 | Clerk of the Bankruptcy Court | Carey v. BCD, Inc. AP filing fee per Order entered 9.27.2013 [dn 81] | 2700-000 | | 350.00 | 149,537.28 |
| 09/09/14 | 108 | Clerk of the Bankruptcy Court | Carey v. Huston Barger Masonry, Inc. AP filing fee per Order entered 9.27.2013 [dn 81] | 2700-000 | | 350.00 | 149,187.28 |
| 09/09/14 | 109 | Clerk of the Bankruptcy Court | Carey v. Joe James Construction, LLC AP filing fee per Order entered 9.27.2013 [dn 81] | 2700-000 | | 350.00 | 148,837.28 |
| 09/09/14 | 110 | Clerk of the Bankruptcy Court | Carey v. The Kircher Group, LLC AP filing fee per Order entered 9.27.2013 [dn 81] | 2700-000 | | 350.00 | 148,487.28 |
| 09/09/14 | 111 | Clerk of the Bankruptcy Court | Carey v.Scarborough Mechanical Service, Inc., AP filing fee per Order entered 9.27.2013 [dn 81] | 2700-000 | | 350.00 | 148,137.28 |
| 09/09/14 | 112 | Clerk of the Bankruptcy Court | Carey v.J-Town Contractors, Inc. AP filing fee per Order entered 9.27.2013 [dn 81] | 2700-000 | | 350.00 | 147,787.28 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 220.90 | 147,566.38 |

Subtotals :    $67,415.01    $85,443.47

{} Asset reference(s)    Printed: 03/21/2017 11:26 AM    V.13.30

Form 2 — Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 13-30320-LAJ | | Trustee: | Michael E. Wheatley (370430) |
|---|---|---|---|---|
| Case Name: | ARTISAN INDUSTRIAL METALS, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4166 - Checking Account |
| Taxpayer ID #: | **-***3173 | | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 03/21/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 219.32 | 147,347.06 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 190.74 | 147,156.32 |
| 12/18/14 | 113 | Clerk of the Bankruptcy Court | Carey v. Abel Construction Company, Inc. AP 14-03059 filing fee per Order entered 9.27.2013 [dn 81] | 2700-000 | | 350.00 | 146,806.32 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 239.74 | 146,566.58 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 210.81 | 146,355.77 |
| 02/04/15 | {3} | J-Town Contractors, Inc. | Acct #11; settlement per Order entered 3.20.2015 in AP | 1129-000 | 2,077.00 | | 148,432.77 |
| 02/04/15 | {3} | WEHR Constructor, Inc. | Acct #22; settlement proceeds per Order entered 9.09.2014 [dn 137] | 1129-000 | 7,987.03 | | 156,419.80 |
| 02/06/15 | {3} | Realm Construction Company, Inc. | Acct #17; settlement proceeds per Order entered 9.09.2014 [dn 136] | 1129-000 | 12,661.00 | | 169,080.80 |
| 02/06/15 | {3} | EH Construction, LLC | Acct #8; settlement proceeds per Order entered 9.09.2014 [dn 138] | 1129-000 | 13,874.70 | | 182,955.50 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 226.30 | 182,729.20 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 280.34 | 182,448.86 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 262.42 | 182,186.44 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 253.31 | 181,933.13 |
| 06/15/15 | {3} | Crossroads Contracting, LLC | Acct #6; settlement proceeds per Order entered 4.10.2015 [dn 153] | 1129-000 | 7,000.00 | | 188,933.13 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 283.49 | 188,649.64 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 280.38 | 188,369.26 |
| 08/27/15 | 114 | Gordon A. Rowe, Jr. | interim Attorney Fee award per order 8-25-15 [dn 163] | 3210-000 | | 21,680.00 | 166,689.26 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 260.87 | 166,428.39 |
| 09/19/15 | {3} | Gordon A. Rowe | Acct #9; Payment #1; Huston Barger Masonry settlement per Order entered 11.20.2014 [dn 147] | 1129-000 | 6,000.00 | | 172,428.39 |
| 09/19/15 | {3} | Abel Construction Company, Inc. | Acct #1; settlement proceeds per Order entered 8.19.2015 [dn 24] in AP | 1129-000 | 9,000.00 | | 181,428.39 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 261.11 | 181,167.28 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 260.58 | 180,906.70 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 251.53 | 180,655.17 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 285.85 | 180,369.32 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 250.12 | 180,119.20 |
| 02/28/16 | {8} | Francis Elliott | Per Agreed Order entered 9.30.2015 [dn 168] | 1241-000 | 15,000.00 | | 195,119.20 |
| 02/28/16 | {9} | Thomas D. Elliott, Sr. | Per Agreed Order entered 9.30.2015 [dn 169] | 1241-000 | 15,000.00 | | 210,119.20 |
| | | | Subtotals : | | $88,599.73 | $26,046.91 | |

{} Asset reference(s)

Printed: 03/21/2017 11:26 AM  V.13.30

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 13-30320-LAJ | | Trustee: | Michael E. Wheatley (370430) |
|---|---|---|---|---|
| Case Name: | ARTISAN INDUSTRIAL METALS, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4166 - Checking Account |
| Taxpayer ID #: | **-***3173 | | Blanket Bond: | $3,000,000.00  (per case limit) |
| Period Ending: | 03/21/17 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 249.75 | 209,869.45 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 325.44 | 209,544.01 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 290.55 | 209,253.46 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 290.15 | 208,963.31 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 329.75 | 208,633.56 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 289.29 | 208,344.27 |
| 08/10/16 | {3} | Louisville Central Community Center | Acct #13;  payment of accounts receivable | 1129-000 | 30,000.00 | | 238,344.27 |
| 09/06/16 | | Transfer to Successor Trustee | Transfer to Successor Trustee | 1290-000 | -238,344.27 | | 0.00 |
| | | | ACCOUNT TOTALS | | 239,262.38 | 239,262.38 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 239,262.38 | 239,262.38 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$239,262.38** | **$239,262.38** | |

{} Asset reference(s)

Printed: 03/21/2017 11:26 AM    V.13.30

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 13-30320-LAJ | | Trustee: | Michael E. Wheatley (370430) |
|---|---|---|---|---|
| Case Name: | ARTISAN INDUSTRIAL METALS, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******9366 - Checking Account |
| Taxpayer ID #: | **-***3173 | | Blanket Bond: | $3,000,000.00  (per case limit) |
| Period Ending: | 03/21/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/06/16 | | Transfer from Resigning Trustee | Transfer from Resigning Trustee | 1290-000 | 238,344.27 | | 238,344.27 |
| 09/21/16 | {16} | BCD, INC. | settlement of AP per Agreed Order entered 9.09.2016 [dn 33] | 1241-000 | 1,200.00 | | 239,544.27 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 273.91 | 239,270.36 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 331.77 | 238,938.59 |
| 11/08/16 | 101 | Gordon A. Rowe, Jr. | Final fee award per Order entered November 8, 2016 [dn 177] | 3210-000 | | 7,180.00 | 231,758.59 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 361.49 | 231,397.10 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 331.92 | 231,065.18 |
| 02/21/17 | 102 | Michael E. Wheatley | Payment per Order enterd February 21, 2017 [dn 187] | 3310-000 | | 1,237.50 | 229,827.68 |
| 02/21/17 | 103 | Kentucky State Treasurer | per Order entered February 21, 2017 [dn 186] | 2820-000 | | 175.00 | 229,652.68 |
| 02/21/17 | 104 | Louisville Metro Revenue Commission | Payment per Order entered February 21, 2017 [dn 186] | 2820-000 | | 218.00 | 229,434.68 |
| 03/15/17 | {3} | Sullivan & Cozart, Inc. | Acct #20; Payment #1; check for settlement per Order entered 7.08.215 [dn 156] | 1129-000 | 38,975.00 | | 268,409.68 |
| | | | **ACCOUNT TOTALS** | | 278,519.27 | 10,109.59 | **$268,409.68** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 278,519.27 | 10,109.59 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$278,519.27** | **$10,109.59** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4166** | 239,262.38 | 239,262.38 | 0.00 |
| **Checking # ******9366** | 278,519.27 | 10,109.59 | 268,409.68 |
| | **$517,781.65** | **$249,371.97** | **$268,409.68** |

{} Asset reference(s)

# Exhibit C

### Case: 13-30320-LAJ   ARTISAN INDUSTRIAL METALS, INC.

Claims Bar Date:   06/14/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Michael E. Wheatley<br>P.O. Box 1072<br>Prospect, KY 40059<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>01/29/13 | | $29,860.48<br>$29,860.48 | $0.00 | $29,860.48 |
| | Michael E. Wheatley<br>P.O. Box 1072<br>Prospect, KY 40059<br><2200-00  Trustee Expenses>, 200 | Admin Ch. 7<br>01/29/13 | | $135.99<br>$135.99 | $0.00 | $135.99 |
| | IRS<br>Service Center<br><br>Cincinnati, OH 45999<br><br><5300-00  Wages>, 510 | Priority<br>01/29/13 | [Employee Fica Distribution:<br>    Claim      12 -2  $94.20   Patrick Elliott<br>] | $0.00<br>$94.20 | $0.00 | $94.20 |
| | IRS<br>Service Center<br><br>Cincinnati, OH 45999<br><br><5300-00  Wages>, 510 | Priority<br>01/29/13 | [Employee Medicare Distribution:<br>    Claim      12 -2  $22.03   Patrick Elliott<br>] | $0.00<br>$22.03 | $0.00 | $22.03 |
| | Kentucky State Treasurer<br><br>Frankfurt, KY 40168<br><br><5300-00  Wages>, 510 | Priority<br>01/29/13 | [Employee Ky withholding Distribution:<br>    Claim      12 -2  $91.16   Patrick Elliott<br>] | $0.00<br>$91.16 | $0.00 | $91.16 |
| | IRS<br>Service Center<br><br>Cincinnati, OH 45999<br><br><5800-00  Claims of Governmental Units>, 570 | Priority<br>01/29/13 | [Employer fica Distribution:<br>    Claim      12 -2  $94.20   Patrick Elliott<br>] | $0.00<br>$94.20 | $0.00 | $94.20 |
| | IRS<br>Service Center<br><br>Cincinnati, OH 45999<br><br><5800-00  Claims of Governmental Units>, 570 | Priority<br>01/29/13 | [Employer medicare Distribution:<br>    Claim      12 -2  $22.03   Patrick Elliott<br>] | $0.00<br>$22.03 | $0.00 | $22.03 |

# Exhibit C

### Case:  13-30320-LAJ    ARTISAN INDUSTRIAL METALS, INC.

Claims Bar Date:   06/14/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | Black & Decker (US) Inc.<br>701 E. Joppa Rd.<br>Mail Stop 005<br><br>Towson, MD 21286<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/08/13 | ARTISAN INDUSTRIAL METALS<br><br>superceded by POC #10 | $108.71<br>$0.00 | $0.00 | $0.00 |
| 2 | New Millennium Building Systems LLC<br>c/o Martin E. Seifert, Haller & Colvin<br>444 East Main Street<br><br>Fort Wayne, IN 46802<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/22/13 | ARTISAN INDUSTRIAL METAL<br><br>Unsecured goods sold | $10,250.60<br>$10,250.60 | $0.00 | $10,250.60 |
| 3 | Sugar Steel Corporation<br>ATTN David Preston<br>2521 State Street<br><br>Chicago Heights, IL 60411<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/22/13 | ARTISAN INDUSTRIAL METALS<br><br>unsecured goods sold | $10,866.17<br>$10,866.17 | $0.00 | $10,866.17 |
| 4 | Harbor Steel & Supply Corp<br>1115 E. Broadway<br>PO Box 4250<br><br>Muskegon, MI 49444<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/26/13 | ARTISAN INDUSTRIAL METALS<br><br>unsecured. goods sold | $3,653.79<br>$3,653.79 | $0.00 | $3,653.79 |
| 5 | Xerographic Business Equipment, Inc.<br>Electric Blueprint & Supply Co.<br>2119 Frankfort Avenue<br><br>Louisville, KY 40206<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/28/13 | ARTISAN INDUSTRIAL METALS<br><br> unsecured. service supply contract on a Xerox 6204 wide format copier/printer | $1,219.13<br>$1,219.13 | $0.00 | $1,219.13 |
| 6 | Jiffy Fastening Systems, Inc.<br>2433 Fortune Dr.<br><br>Lexington, KY 40509 | Unsecured<br>03/29/13 | ARTISAN INDUSTRIAL METALS<br><br>IT IS HEREBY ORDERED THAT the Trustee's objection is SUSTAINED, the claim of Jiffy Fastening Systems, Inc., claim #6-1 on the Claim's Register is hereby DISALLOWED. entered 3.05.2014 | $235.55<br>$0.00 | $0.00 | $0.00 |

# Exhibit C

### Case: 13-30320-LAJ    ARTISAN INDUSTRIAL METALS, INC.

Claims Bar Date: 06/14/13

| Claim Number | Claimant Name / &lt;Category&gt;, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | &lt;7100-00   General Unsecured § 726(a)(2)&gt;,  610 | | | | | |
| 7 | Eagle Express Trucking Inc.<br>PO Box 750 | Unsecured<br>03/29/13 | ARTISAN INDUSTRIAL METALS | $3,256.00<br>$3,256.00 | $0.00 | $3,256.00 |
| | | | unsecured. services (delivery) provided | | | |
| | Shepherdsville, KY 40165 | | | | | |
| | &lt;7100-00   General Unsecured § 726(a)(2)&gt;,  610 | | | | | |
| 8 | Huber Tire, Inc.<br>P.O. Box 365 | Unsecured<br>03/29/13 | ARTISAN INDUSTRIAL METALS | $180.94<br>$180.94 | $0.00 | $180.94 |
| | | | unsecured. goods sold and services performed | | | |
| | Jeffersonville, IN 47131 | | | | | |
| | &lt;7100-00   General Unsecured § 726(a)(2)&gt;,  610 | | | | | |
| 9 -3 | PNC Bank, National Association<br>249 Fifth Avenue, MS P1-POPP-BL-7 | Secured<br>04/01/13 | ARTISAN INDUSTRIAL METALS | $35,317.96<br>$0.00 | $0.00 | $0.00 |
| | | | Paid pursuant to Court order 1-21-14 Doc. 98 | | | |
| | Pittsburgh, PA 15222 | | | | | |
| | &lt;4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)&gt;,  100 | | | | | |
| 10 | Black & Decker (U.S.) Inc.<br>701 East Joppa Rd.<br>MY005 | Unsecured<br>04/02/13 | ARTISAN INDUSTRIAL METALS | $108.71<br>$0.00 | $0.00 | $0.00 |
| | Towson, MD 21286 | | timely, unsecured, DUPLICATE OF CLAIM 1<br>IT IS HEREBY ORDERED THAT the Trustee's objection is SUSTAINED, the claim of Black & Decker (U.S.) Inc., claim #10-1on the Claim's Register is hereby DISALLOWED. entered on 3.05.2014 | | | |
| | &lt;7100-00   General Unsecured § 726(a)(2)&gt;,  610 | | | | | |
| 11 | Rite-Way Equipment Company, Inc.<br>ATTN: Steve Willen<br>4705 Robbards Lane | Unsecured<br>04/04/13 | ARTISAN INDUSTRIAL METALS | $865.00<br>$865.00 | $0.00 | $865.00 |
| | | | timely, unsecured. Equipment rentals | | | |
| | Louisville, KY 40218 | | | | | |
| | &lt;7100-00   General Unsecured § 726(a)(2)&gt;,  610 | | | | | |

# Exhibit C

## Case: 13-30320-LAJ   ARTISAN INDUSTRIAL METALS, INC.

Claims Bar Date:   06/14/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 12 | Patrick S. Elliott<br>275 Brian Drive<br><br>Shepherdsville, KY 40165<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/10/13 | ARTISAN INDUSTRIAL METALS<br><br>Claim allowed amount reduced as claimant listed $2,100 as priority | $13,154.00<br>$11,054.00 | $0.00 | $11,054.00 |
| 12 -2 | Patrick Elliott<br>275 Brian Drive<br><br>Shepherdsville, KY 40165<br><br><5300-00   Wages>,  510 | Priority<br>01/29/13 | [Gross Wage $1519.35 Less Taxes = Net $1311.96 Fica $94.20 Medicare $22.03 Ky withholding $91.16]<br>Proof of claim sheet indicates $2,100 as wage claim | $1,519.35<br>$1,311.96 | $0.00 | $1,311.96 |
| 13 -2 | Clear Horizon Ventures Co.<br>dba Peterson Metals, Inc.,Stephen D. Marlowe, Esq.,1560 W. Cleveland Street<br><br>Tampa, FL 33606<br><br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/16/13 | ARTISAN INDUSTRIAL METALS<br><br>timely, unsecured; Amended. IT IS HEREBY ORDERED THAT the Trustee's objection is SUSTAINED, the claim of Clear Horizon Ventures Company d/b/a Petersen Metals, Inc., claim #13-1 on the Claim's Register is hereby DISALLOWED. entered 3.05.2014 [dn 111] | $36,319.00<br>$0.00 | $0.00 | $0.00 |
| 14 | Frank Elliott<br>12523 Pine Valley Drive<br><br><br>Louisville, KY 40299<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/07/13 | ARTISAN INDUSTRIAL METALS<br><br>Per Agreed Order entered 11.12.2013 [dn 91] | $200,891.47<br>$200,891.47 | $0.00 | $200,891.47 |
| 15 | Thomas Elliott<br>294 Brooks Forest Drive<br><br><br>Brooks, KY 40109<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/07/13 | ARTISAN INDUSTRIAL METALS<br><br>Per Agreed Order entered 11.12.2013 [dn 91] | $200,891.47<br>$200,891.47 | $0.00 | $200,891.47 |
| 16 | Tradesmen International, Inc.<br>Marilyn S. Wesel<br>9760 Shepard Rd. | Unsecured<br>06/11/13 | ARTISAN INDUSTRIAL METALS<br><br>unsecured services provided | $5,018.28<br>$5,018.28 | $0.00 | $5,018.28 |

# Exhibit C

### Case:  13-30320-LAJ    ARTISAN INDUSTRIAL METALS, INC.

Claims Bar Date:   06/14/13

| Claim Number | Claimant Name / &lt;Category&gt;, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Macedonia, OH 44056 | | | | | |
| | &lt;7100-00   General Unsecured § 726(a)(2)&gt;,  610 | | | | | |
| 17 | American Metal Supply Co. 1250 Old Fern Valley Rd. | Unsecured 06/12/13 | ARTISAN INDUSTRIAL METALS | $849.13 $849.13 | $0.00 | $849.13 |
| | | | unsecured products provided | | | |
| | Louisville, KY 40219 | | | | | |
| | &lt;7100-00   General Unsecured § 726(a)(2)&gt;,  610 | | | | | |
| 18 | Purcell Staffing 5520 Fern Valley Road Suite 111 | Unsecured 06/28/13 | ARTISAN INDUSTRIAL METALS | $22,427.25 $22,427.25 | $0.00 | $22,427.25 |
| | | | TARDY, unsecured services provided | | | |
| | Louisville, KY 40228 | | | | | |
| | &lt;7200-00   Tardy General Unsecured § 726(a)(3)&gt;,  620 | | | | | |
| 19 | Jimmy Neafus PO Box 235 | Unsecured 06/14/16 | ARTISAN INDUSTRIAL METALS | $85,000.00 $85,000.00 | $0.00 | $85,000.00 |
| | | | Tardily filed post petition workers comp claim | | | |
| | Corydon, IN 47112 | | | | | |
| | &lt;7200-00   Tardy General Unsecured § 726(a)(3)&gt;,  620 | | | | | |
| | | | **Case Total:** | | **$0.00** | **$588,055.28** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-30320-LAJ
Case Name: ARTISAN INDUSTRIAL METALS, INC.
Trustee Name: Michael E. Wheatley

**Balance on hand:** $ 268,409.68

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 9 -3 | PNC Bank, National Association | 35,317.96 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 268,409.68

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Michael E. Wheatley | 29,860.48 | 0.00 | 29,860.48 |
| Trustee, Expenses - Michael E. Wheatley | 135.99 | 0.00 | 135.99 |

Total to be paid for chapter 7 administration expenses: $ 29,996.47
Remaining balance: $ 238,413.21

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 238,413.21

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,635.58 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | IRS | 22.03 | 0.00 | 22.03 |
|  | IRS | 94.20 | 0.00 | 94.20 |
| 12 -2 | Patrick Elliott | 2,100.00 | 0.00 | 1,519.35 |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 1,635.58 |
|---|---|---|---|
|  | Remaining balance: | $ | 236,777.63 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 448,995.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 52.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Black & Decker (US) Inc. | 0.00 | 0.00 | 0.00 |
| 2 | New Millennium Building Systems LLC | 10,250.60 | 0.00 | 5,405.65 |
| 3 | Sugar Steel Corporation | 10,866.17 | 0.00 | 5,730.26 |
| 4 | Harbor Steel & Supply Corp | 3,653.79 | 0.00 | 1,926.82 |
| 5 | Xerographic Business Equipment, Inc. | 1,219.13 | 0.00 | 642.91 |
| 6 | Jiffy Fastening Systems, Inc. | 0.00 | 0.00 | 0.00 |
| 7 | Eagle Express Trucking Inc. | 3,256.00 | 0.00 | 1,717.05 |
| 8 | Huber Tire, Inc. | 180.94 | 0.00 | 95.42 |
| 10 | Black & Decker (U.S.) Inc. | 0.00 | 0.00 | 0.00 |
| 11 | Rite-Way Equipment Company, Inc. | 865.00 | 0.00 | 456.16 |
| 12 | Patrick S. Elliott | 11,054.00 | 0.00 | 5,829.32 |
| 13 -2 | Clear Horizon Ventures Co. | 0.00 | 0.00 | 0.00 |
| 14 | Frank Elliott | 200,891.47 | 0.00 | 105,939.93 |
| 15 | Thomas Elliott | 200,891.47 | 0.00 | 105,939.93 |
| 16 | Tradesmen International, Inc. | 5,018.28 | 0.00 | 2,646.39 |
| 17 | American Metal Supply Co. | 849.13 | 0.00 | 447.79 |

|  | Total to be paid for timely general unsecured claims: | $ | 236,777.63 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 107,427.25 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 18 | Purcell Staffing | 22,427.25 | 0.00 | 0.00 |
| 19 | Jimmy Neafus | 85,000.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**